UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

This Document Relates to:

*Alexa Goldstein v. Bayer HealthCare*  No. 14-cv-10056-DRH
*Pharmaceuticals Inc., et al.*

*Yvette Wise v. Bayer HealthCare*  No. 10-cv-13124-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 25, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.26
14:50:16 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT